IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID OCHNER                               :        CIVIL ACTION
                                           :
v.                                         :        No. 11-6080
                                           :
CRAIG STEDMAN, et al.                      :

## ORDER

AND NOW, this 14th day of March, 2013, it is ORDERED:

- Defendant Michael Horan's Motion to Dismiss (Document 24) is GRANTED;

- Defendants Detective Heather Halstead, Lancaster City Bureau of Police, and Detective Stephen Owens' Motion to Dismiss Plaintiff's Complaint (Document 27) is GRANTED;

- Defendants Craig Stedman and Brian Chudzik's Motion to Dismiss for Failure to State a Claim and Failure to Properly Serve Defendants (Document 28) is GRANTED; and

- Plaintiff David Ochner's Complaint is DISMISSED with prejudice against all Defendants.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez